Lamson Company, appellee, v. Sexton's Inc., appellant. Gen. No. 30,541.

Action upon contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and judgment for plaintiff entered for $378.25. Opinion filed June 14, 1926.

Gallagher, Shulman, Abrams & Henry, for appellant. Weil, Ward & Adams, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Samuel Rudikoff, appellee, v. Joseph Siegel, appellant. Gen. No. 30,594.

Action for breach of contract. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

G. A. Buresh, for appellant. Jacob Levy, for appellee; J. M. Gwin, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Peter J. Sobieski, guardian of the estate of John Sobieski, minor, appellee, v. City of Chicago, appellant. Gen. No. 30,614.

Petition for mandamus to compel payment of judgment. Order granted. See 241 Ill. App. 180. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied July 2, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, and Earl B. Dickerson, Assistant City Attorney, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Justice Johnston delivered the opinion of the court.